IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

PIERO BUGONI,

    Plaintiff,

v.

    Case No. 2:10-CV-1173
    JUDGE EDMUND A. SARGUS, JR.
    MAGISTRATE JUDGE MARK R. ABEL

CHARLES (Last Name Unknown)
Owner of C & M Towing, Inc., et al.,

    Defendants.

### ORDER

This matter is before the Court for consideration of Plaintiff Piero Bugoni's Motion to Adjoin the Ohio State Board of Regents as Respondent (Doc. 22) and Plaintiff's Motion to Adjoin Suzanne E. Kelly as Defendant and Motion for Finding of Probable Cause (Doc. 23). The Court finds that Plaintiff's motions are being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation, which is prohibited by Federal Rule of Civil Procedure 11(b)(1). Moreover, pursuant to Federal Rule of Civil Procedure 11(b)(2), the claims set forth by Plaintiff in his motions are frivolous and unwarranted by existing law. Accordingly, Plaintiff's motions (Docs. 22 and 23) are **DENIED**.

**IT IS SO ORDERED.**

11-8-2011
**DATED**

**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**