AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**PIERO BUGONI,**

    **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**v.**

**CHARLES (Last Name Unknown),**     **CASE NO.  C2-10-1173**
**Owner of C&M Towing, Inc., et al.,**     **JUDGE EDMUND A. SARGUS, JR.**
                                                  **MAGISTRATE JUDGE MARK R. ABEL**

    **Defendants.**

    ☐   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

    ☒   **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

    **Pursuant to the Opinion and Order filed December 13, 2012, JUDGMENT is hereby entered DISMISSING this case.**

Date: December 13, 2012                        JOHN P. HEHMAN, CLERK

                                                     */S/ Andy F. Quisumbing*
                                                      (By) Andy F. Quisumbing
                                                      Courtroom Deputy Clerk